```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. THOMAS AND ST. JOHN
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 2014-44 |
| ) | |
| **ANDRES B. LEREA,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ATTORNEYS:**

**Ronald S. Sharpe, USA**
**Sigrid Tejo-Sprotte, AUSA**
Office of the United States Attorney
St. Thomas, U.S.V.I.
　　*For the United States of America,*

**Omodare Jupiter, FPD**
**Gabriel J. Villegas, AFPD**
Office of the Federal Public Defender
St. Thomas, U.S.V.I.
　　*For Andres B. Lerea.*

## ORDER

**GÓMEZ, C.J.**

　　Before the Court is the government's motion to dismiss the Information in this matter. On October 14, 2014, the United States filed an information in this matter. Subsequently, the United States and Andres Lerea ("Lerea") reached an agreement for Lerea to participate in a pretrial diversion program. On August 9, 2016, the United States moved to dismiss the Information. In its motion, the United States indicates that

*United States v. Lerea.*
Criminal No. 2014-44
Page 2

Lerea has successfully completed the required terms and conditions of the pre-trial diversion program.

The premises considered, it is hereby

**ORDERED** that the motion to dismiss is **GRANTED**; it is further

**ORDERED** that the information filed on October 14, 2014, is **DISMISSED**; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

```
                                        S_____
                                        Curtis V. Gómez
                                        District Judge
```